UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-21435-CIV-HUCK/WHITE

CARLOS ENRIQUE SANCHEZ,

    Plaintiff,

v.

UNITED STATES,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on Defendant's Motion to Dismiss and Motion to Strike (D.E. #11), filed June 3, 2010. Magistrate Judge Patrick A. White issued a Report and Recommendation (D.E. #15) on August 6, 2010, in which he recommended: (1) that Plaintiff's Complaint be dismissed without prejudice for failure to allege sufficient injury pursuant to 42 U.S.C. § 1997e(e); (2) that the Motion to Dismiss be granted; and (3) that the case be closed.

Petitioner has not objected to the Report and Recommendation. The Court has independently reviewed the Report and Recommendation and is otherwise duly advised. The Court adopts the findings of fact and conclusions of law in the Report and Recommendation. Accordingly, it is hereby

ORDERED that Defendant's Motion to Dismiss (D.E. #11) is GRANTED. Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE, and the case is CLOSED.

DONE and ORDERED in Chambers, Miami, Florida, on August 31, 2010.

                Paul C. Huck
                United States District Judge

Copies furnished to:
Counsel of Record
Magistrate Judge Patrick A. White

Carlos Enrique Sanchez
Reg. No. 43037-004
FCI - Miami
P. O. Box 779800
Miami, FL 33177-9800